**Order entered November 19, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00883-CR

### ROBERT GARRETT, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 265th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F10-52395-R

## ORDER

The reporter's record has been filed in this appeal, but the clerk's record is overdue. Appellant's docketing statement reflects that the clerk's record was requested on July 2, 2013.

Accordingly, this Court **ORDERS** the Dallas County District Clerk to file, within **TWENTY-FIVE DAYS** of the date of this order, a complete clerk's record.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Gary Fitzsimmons, Dallas County District Clerk; the Dallas County District Clerk's Office, Criminal Records Division; and to counsel for all parties.

/s/      DAVID EVANS
         JUSTICE